UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GARY MARK SKALABAN

    Vs.                                      CASE NO. 3:02CV01450 (AVC)

THE DEPARTMENT OF CHILDREN
AND FAMILIES, KRISTINE RAGAGLIA,
JOSE APARICIO, JANE GOODELL and
LIZA FRANK

## J U D G M E N T

This action having been commenced by a complaint and assigned to the Honorable Alfred V. Covello, United States District Judge; and

The defendants having filed their motion to dismiss and the Court, on February 2, 2004, having filed its ruling granting the motion; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the plaintiff's complaint.

Dated at Hartford, Connecticut, this 3rd day of February, 2004.

KEVIN F. ROWE, Clerk

By    /s/ JW
    Jo-Ann Walker
EOD: _____    Deputy Clerk